IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02816-CMA-MJW

DERRICK E. TURNER,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
PHYSICIANS HEALTH PARTNERS,
BEVERLY DOWIS, and
ANTHONY A. DECESSARO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -9 2010

GREGORY C. LANGHAM
                 CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: March 08, 2010

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02816-CMA-MJW

Derrick E. Turner
Prisoner No. 105317
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Physicians Health Partners

Kevin Milyard, Beverly Dowis,
and Anthony DeCesaro – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Kevin Milyard, Beverly Dowis, and Anthony Decesaro; to the United States Marshal Service for service of process on Physician's Health Partners: AMENDED COMPLAINT FILED 2/19/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/9/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk