IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02816-CMA-MJW

DERRICK E. TURNER ,

Plaintiff(s),

v.

KEVIN MILYARD, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendants Milyard, Dowis and Decessaro's Motion to Stay Discovery Pending Resolution of Motion to Dismiss (docket no. 26) is **GRANTED** for those reasons as stated within this motion. Discovery will be **STAYED** as to **all parties** until after this court rules on: (1) Defendants Milyard, Dowis and Decessaro's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (docket no. 25); and, (2) Motion to Dismiss from Defendant Physicians Health Partners [sic](docket no. 23).

It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff Turner shall have up to and including May 31, 2010, to file any response to: (1) Defendants Milyard, Dowis and Decessaro's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (docket no. 25); **and,** (2) Motion to Dismiss from Defendant Physicians Health Partners [sic](docket no. 23).

Date: May 12, 2010